Form B6A
(10/05)

In re **Ameal Jones**                                   Case No. _____
        **Barbara Jones**                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 20826 Deauville Drive, Houston, Texas Homestead | Conventional Real Estate | C | $222,900.00 | $190,078.00 |
| | | Total: | $222,900.00 | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re **Ameal Jones**
      **Barbara Jones**

Case No. _____
                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 3 televisions $700<br>1 entertainment center $700.00<br>1 Stereo Receiver $300.00<br>1 DVD Player $150.00<br>1 VCR $200.00<br>1 CD Player $200.00<br>1 Recliner $300.00<br>5 coffee tables $300.00<br>4 end tables $500.00<br>8 lamps $500.00<br>1 computer $1600.00<br>1 dinnette set $1700.00<br>1 Stove $400<br>1 dishwasher $250.00<br>1 Microwave $200.00<br>1 Refrigerator $500.00<br>1 Dresser $375.00<br>1 Armoire $375.00<br>1 Nightstand $175.00<br>1 Mirror $200.00<br>4 Bed $450.00 | C | $10,075.00 |

Form B6B-Cont.
(10/05)

In re  **Ameal Jones**                                           Case No. _____
        **Barbara Jones**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 300 books $450.00<br>20 pictures $600.00<br>15 figurines $600.00<br>50 DVDs $500.00<br>20 Music CDs $100 | C | $2,250.00 |
| 6. Wearing apparel. | | 30 shirts<br>30 pants<br>45 skirts and dresses<br>25 pairs of shoes | C | $1,500.00 |
| 7. Furs and jewelry. | | 2 watches $140.00 | C | $140.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B-Cont.
(10/05)

In re  **Ameal Jones**                                    Case No. _____
       **Barbara Jones**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Ameal Jones**
       **Barbara Jones**

Case No. _____
                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Honda $5000.00 | C | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Ameal Jones**
       **Barbara Jones**

Case No. _____
                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)  **Total  >** | | **$18,965.00** |

Form B6C
(04/07)

In re **Ameal Jones**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Barbara Jones**　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　　$136,875.

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 20826 Deauville Drive, Houston, Texas Homestead | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $32,822.00 | $222,900.00 |
| 3 televisions $700<br>1 entertainment center $700.00<br>1 Stereo Receiver $300.00<br>1 DVD Player $150.00<br>1 VCR $200.00<br>1 CD Player $200.00<br>1 Recliner $300.00<br>5 coffee tables $300.00<br>4 end tables $500.00<br>8 lamps $500.00<br>1 computer $1600.00<br>1 dinnette set $1700.00<br>1 Stove $400<br>1 dishwasher $250.00<br>1 Microwave $200.00<br>1 Refrigerator $500.00<br>1 Dresser $375.00<br>1 Armoire $375.00<br>1 Nightstand $175.00<br>1 Mirror $200.00<br>4 Bed $450.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10,075.00 | $10,075.00 |
| 300 books $450.00<br>20 pictures $600.00<br>15 figurines $600.00<br>50 DVDs $500.00<br>20 Music CDs $100 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,250.00 | $2,250.00 |
| | | **$45,147.00** | **$235,225.00** |

Form B6C-Cont.
(04/07)

In re  **Ameal Jones**                                         Case No. _____
     **Barbara Jones**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 30 shirts<br>30 pants<br>45 skirts and dresses<br>25 pairs of shoes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,500.00 | $1,500.00 |
| 1999 Honda $5000.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,000.00 | $5,000.00 |
| | | $51,647.00 | $241,725.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Ameal Jones**                                    CASE NO
         **Barbara Jones**
                                                          CHAPTER   **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 | $0.00 | $32,822.00 | $0.00 | $32,822.00 | $222,900.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $0.00 | $0.00 | $12,325.00 | $0.00 | $12,325.00 | $12,325.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 |

Official Form 6D (10/06)

In re  **Ameal Jones**
      **Barbara Jones**

Case No. _____
                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx1490**<br><br>**Chase Manhattan Mortgage**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | | C | DATE INCURRED:   **02/12/2003**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**20826 Deauville Drive, Houston, Texas**<br>REMARKS:<br>**FORCLOSURE STARTED**<br>**Closed**<br>**INFORECLOSURE**<br><br>VALUE:                         **$222,900.00** | | | | $190,078.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | **$190,078.00** | **$0.00** |
| | | | | Total (Use only on last page) > | | | **$190,078.00** | **$0.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6E (04/07)

In re  **Ameal Jones**                                    Case No. _____
      **Barbara Jones**                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

Official Form 6F (10/06)

In re    **Ameal Jones**
      **Barbara Jones**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx6189<br>**Americredit**<br>**801 Cherry St Ste 3900**<br>**Fort Worth, TX 76102** | C | | DATE INCURRED:  **10/28/2000**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**DISMISSED**<br>**Closed by Grantor**<br>**REPOSSESSION** | | | | **Unknown** |
| ACCT #:  xxxxxxxxxxxxx7373<br>**Amex**<br>**P O Box 297871**<br>**Fort Lauderdal, FL 33329** | C | | DATE INCURRED:  **08/1985**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**CURRENT** | | | | **($1.00)** |
| ACCT #:  xxxx7880<br>**Asset Acceptance (original Creditor:firs**<br>**Po Box 2036**<br>**Warren, MI 48090** | C | | DATE INCURRED:  **11/24/2003**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$2,726.00** |
| ACCT #:  xxxxxxxx7714<br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | C | | DATE INCURRED:  **06/23/1994**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | **$0.00** |
| ACCT #:  xxxxxxxx7062<br>**Capital 1 Bk**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060** | C | | DATE INCURRED:  **06/17/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Closed by Grantor**<br>**CHAPTER 7 BANKRUPTCY** | | | | **$0.00** |
| ACCT #:  xxxxx4942<br>**Central Financial Control (original Cred**<br>**Po Box 66051**<br>**Anaheim, CA 92816** | C | | DATE INCURRED:  **06/22/2001**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$207.00** |
| | | | | | | Subtotal > | **$2,932.00** |
| | | | | | | Total > | |

_____11_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Ameal Jones**                                    Case No. _____
       **Barbara Jones**                                           (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx2208<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 01/22/2002<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $2,124.00 |
| ACCT #:  xxxxx9532<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 09/16/2002<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $1,499.00 |
| ACCT #:  xxxxx3694<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 11/26/2003<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $1,081.00 |
| ACCT #:  xxxxx5741<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 05/20/2002<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $616.00 |
| ACCT #:  xxxxx1573<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 09/08/2004<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $483.00 |
| ACCT #:  xxxxx3272<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: 12/24/2001<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed**<br>**COLLECTION** | | | | $342.00 |

Sheet no. ____1____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6,145.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Ameal Jones**                                        Case No. _____
        **Barbara Jones**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx4578<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **08/27/2001**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $216.00 |
| ACCT #:  xxxxx6295<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **04/12/2005**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $113.00 |
| ACCT #:  xxxxx6028<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **01/14/2003**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $66.00 |
| ACCT #:  xxxxx8088<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **09/03/2004**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $1,115.00 |
| ACCT #:  xxxxx6826<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **09/13/2002**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $553.00 |
| ACCT #:  xxxxx2545<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED: **07/05/2002**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $326.00 |

Sheet no. ____**2**____ of ____**11**____ continuation sheets attached to                                  **Subtotal >**     **$2,389.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Ameal Jones**                              Case No. _____
      **Barbara Jones**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx7523<br>**Central Financial Control (original Cred<br>Po Box 66051<br>Anaheim, CA 92816** | | C | DATE INCURRED:  **05/18/2002**<br>CONSIDERATION:  **Collection**<br>REMARKS:<br>**Closed<br>COLLECTION** | | | | $199.00 |
| ACCT #:  xxxxx7129<br>**Centrl Fincl (original Creditor:med1 Hou<br>Pob 14059<br>Orange, CA 92863** | | C | DATE INCURRED:  **12/2000**<br>CONSIDERATION:  **Unknown Loan Type**<br>REMARKS:<br>**COLLECTION** | | | | $684.00 |
| ACCT #:  xxxxxx1947<br>**Chevron Credit Bank Na<br>Po Box 5010<br>Concord, CA 94524** | | C | DATE INCURRED:  **10/31/1994**<br>CONSIDERATION:  **Credit Card**<br>REMARKS:<br>**Closed by Grantor<br>COLLECTION** | | | | $118.00 |
| ACCT #:  xxxxxx6201<br>**Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021** | | C | DATE INCURRED:  **04/11/2005**<br>CONSIDERATION:  **Automobile**<br>REMARKS:<br>**Closed<br>BANKRUPTCY** | | | | $0.00 |
| ACCT #:  xxxxx9631<br>**Conns Credit Corp<br>Po Box 2358<br>Beaumont, TX 77704** | | C | DATE INCURRED:  **03/08/2006**<br>CONSIDERATION:  **Secured**<br>REMARKS:<br>**CURRENT** | | | | $2,080.00 |
| ACCT #:  xxxxx9630<br>**Conns Credit Corp<br>Po Box 2358<br>Beaumont, TX 77704** | | C | DATE INCURRED:  **05/31/2005**<br>CONSIDERATION:  **Secured**<br>REMARKS:<br>**Closed<br>PAID** | | | | $0.00 |

Sheet no. ____3____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$3,081.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Ameal Jones**                                    Case No. _____
       **Barbara Jones**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8632<br>**Credit Collection Svc (original Creditor**<br>**Po Box 773**<br>**Needham, MA 02494** | | C | DATE INCURRED:  **11/2005**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**COLLECTION** | | | | $153.00 |
| ACCT #:  xxxxx9280<br>**Credit First N A**<br>**6275 Eastland Rd**<br>**Brook Park, OH 44142** | | C | DATE INCURRED:  **04/01/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**CURRENT** | | | | $0.00 |
| ACCT #:  xxx4238<br>**Credit Management Cont (original Credito**<br>**2707 Rapids Dr**<br>**Racine, WI 53404** | | C | DATE INCURRED:  **10/16/2006**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $1,403.00 |
| ACCT #:  xxxxxxxxxxx8598<br>**Credit One Bank**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | | C | DATE INCURRED:  **01/12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**CURRENT** | | | | $336.00 |
| ACCT #:  xxxxxxxxxxx8598<br>**Credit One Bank**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | | C | DATE INCURRED:  **01/12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**CURRENT** | | | | $336.00 |
| ACCT #:  xxxxx6769<br>**Credit Protect Assoc (original Creditor:**<br>**1355 Noel Rd Suite 2100**<br>**Dallas, TX 75240** | | C | DATE INCURRED:  **06/02/2003**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $70.00 |

Sheet no. ___4___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$2,298.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Ameal Jones**
       **Barbara Jones**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx0002<br>**Cy-fair Fcu**<br>**9601 Jones Rd Ste 100**<br>**Houston, TX 77065** | | C | DATE INCURRED:  **08/1996**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | **$0.00** |
| ACCT #:  xxxxxxxx2012<br>**Discover**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:  **07/04/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**PURCHASED BY ANOTHER LENDER**<br>**TRANSFERRED TO ANOTHER LENDER**<br>**Closed** | | | | **($1.00)** |
| | | | **Charge Off Date: 2002-07-31**<br>**CHARGE OFF** | | | | |
| ACCT #:  xxxxx0104<br>**Express**<br>**Po Box 330066**<br>**Northglenn, CO 80233** | | C | DATE INCURRED:  **02/04/1995**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**INACTIVE** | | | | **$0.00** |
| ACCT #:  xxxx6494<br>**Fianacial Corporation Of America (origin**<br>**400 E Anderson Ln Ste 30**<br>**Austin, TX 78752** | | C | DATE INCURRED:  **10/06/2006**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$98.00** |
| ACCT #:  xxxx6492<br>**Fianacial Corporation Of America (origin**<br>**400 E Anderson Ln Ste 30**<br>**Austin, TX 78752** | | C | DATE INCURRED:  **10/06/2006**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$98.00** |

Sheet no. ____5____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$195.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **Ameal Jones**
         **Barbara Jones**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxx9296<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:   **07/26/2005**<br>CONSIDERATION:   **Credit Card**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**CURRENT** | | | | $10.00 |
| ACCT #:   xxxxxxxx1228<br>**Gemb/dillards**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:   **10/01/1994**<br>CONSIDERATION:   **Charge Account**<br>REMARKS:<br>**Closed by Grantor**<br>**PAID** | | | | $0.00 |
| ACCT #:   xxxxxxxx1249<br>**Gemb/dillards**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:   **11/01/1994**<br>CONSIDERATION:   **Charge Account**<br>REMARKS:<br>**Closed by Grantor**<br>**PD COLLECTION** | | | | $0.00 |
| ACCT #:   xxx4266<br>**Gemb/finger Furn**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:   **01/08/1999**<br>CONSIDERATION:   **Charge Account**<br>REMARKS:<br>**Closed**<br>**TRANSFERRED** | | | | $0.00 |
| ACCT #:   xxxxxxxxxxx5864<br>**Gemb/jcp**<br>**Po Box 984100**<br>**El Paso, TX 79998** | | C | DATE INCURRED:   **08/30/1995**<br>CONSIDERATION:   **Charge Account**<br>REMARKS:<br>**Closed by Grantor**<br>**Charge Off Date: 2003-09-30**<br>**CHARGE OFF** | | | | $561.00 |
| ACCT #:   xxx2897<br>**Gemb/m Wards**<br>**P O Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:   **12/1998**<br>CONSIDERATION:   **Charge Account**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | $0.00 |

Sheet no. _____**6**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$571.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Ameal Jones**
       **Barbara Jones**

Case No. _____
            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx8552<br>**Gemb/walmart**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:  **05/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**PURCHASED BY ANOTHER LENDER**<br>**TRANSFERRED TO ANOTHER LENDER**<br>**Closed** | | | | ($1.00) |
| | | | **CHAPTER 13 BANKRUPTCY** | | | | |
| ACCT #:  xxxxxxxx5068<br>**Hsbc Nv**<br>**Pob 19360**<br>**Portland, OR 97280** | | C | DATE INCURRED:  **12/1997**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**PURCHASED BY ANOTHER LENDER**<br>**TRANSFERRED TO ANOTHER LENDER**<br>**N/A** | | | | $0.00 |
| | | | **Closed by Grantor**<br>**Charge Off Date: 2002-01-15**<br>**CHARGE OFF** | | | | |
| ACCT #:  xxxxxx7145<br>**Hsbc/ms**<br>**Po Box 2393**<br>**Brandon, FL 33509** | | C | DATE INCURRED:  **01/11/1999**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**TRANSFERRED TO ANOTHER LENDER**<br>**Closed** | | | | $0.00 |
| | | | **TRANSFERRED** | | | | |

Sheet no. ____7____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     ($1.00)

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Ameal Jones**
      **Barbara Jones**

Case No. _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx2727<br>**I C System (original Creditor:med1 Cy Fa**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | C | DATE INCURRED:<br>CONSIDERATION:  **11/2002**<br>**Unknown Loan Type**<br>REMARKS:<br>**COLLECTION** | | | | $218.00 |
| ACCT #:  xxxxxx3283<br>**I C System (original Creditor:north Hous**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | C | DATE INCURRED:  **09/29/2004**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**ACCOUNT CLOSED AT CONSUMERS REQUEST**<br>**AND IN DISPUTE UNDER FCRA**<br>**ACCOUNT INFORMATION DISPUTED BY** | | | | $50.00 |
| | | | **CONSUMER**<br>**Disputed by Grantor**<br>**COLLECTION** | | | | |
| ACCT #:  xxxxxx3450<br>**I C System (original Creditor:orthodonti**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | C | DATE INCURRED:  **07/19/2004**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $612.00 |
| ACCT #:  xxxxxxx6220<br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | C | DATE INCURRED:  **11/11/1994**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**CURRENT** | | | | $0.00 |
| ACCT #:  xxxxxx8515<br>**Midland Cred (original Creditor:househol**<br>**8875 Aero Dr Suite 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **04/2002**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Closed**<br>**PD COLLECTION** | | | | $0.00 |

Sheet no. ____8____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$880.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Ameal Jones**                                                    Case No. _____
         **Barbara Jones**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx3000<br>**Nco Financial Svcs (original Creditor:wo**<br>**Po Box 13564**<br>**Philadelphia, PA 19101** | | C | DATE INCURRED:     **12/27/2005**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$496.00** |
| ACCT #:  xxxx8082<br>**Nco Financial Svcs (original Creditor:wo**<br>**Po Box 13564**<br>**Philadelphia, PA 19101** | | C | DATE INCURRED:     **11/21/2005**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | **$206.00** |
| ACCT #:  4<br>**Palais R/gnb**<br>**P.o. Box 64**<br>**Jacksonville, TX 75766** | | C | DATE INCURRED:     **03/1989**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**PURCHASED BY ANOTHER LENDER**<br>**TRANSFERRED TO ANOTHER LENDER** | | | | **$0.00** |
| | | | **Closed**<br>**TRANSFERRED** | | | | |
| ACCT #:  xxx8560<br>**Palais Royal**<br>**Po Box 64**<br>**Jacksonville, TX 75766** | | C | DATE INCURRED:     **03/20/1989**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Closed by Consumer**<br>**TRANSFERRED** | | | | **$0.00** |
| ACCT #:  xxxx1764<br>**Palais Royal**<br>**Po Box 64**<br>**Jacksonville, TX 75766** | | C | DATE INCURRED:     **11/29/1994**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Closed**<br>**TRANSFERRED** | | | | **$0.00** |

Sheet no. ____9____ of ____11____ continuation sheets attached to                                    Subtotal >   **$702.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                   (Use only on last page of the completed Schedule F.)
                               (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Ameal Jones**                                      Case No. _____
        **Barbara Jones**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx5572**<br>**Palais Royal**<br>**Po Box 64**<br>**Jacksonville, TX 75766** | | C | DATE INCURRED:  **03/20/1989**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Closed by Consumer**<br>**TRANSFERRED** | | | | **$0.00** |
| ACCT #:  **xxx6917**<br>**Primus Financial Services**<br>**Po Box 680020**<br>**Franklin, TN 37068** | | C | DATE INCURRED:  **04/15/1995**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | **$0.00** |
| ACCT #:  **xxxx3562**<br>**Star Furniture Co**<br>**Po Box 219169**<br>**Houston, TX 77218** | | C | DATE INCURRED:  **04/11/1997**<br>CONSIDERATION:<br>**Installment Loan**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | **$0.00** |
| ACCT #:  **xxxx3560**<br>**Star Furniture Co**<br>**Po Box 219169**<br>**Houston, TX 77218** | | C | DATE INCURRED:  **06/03/1997**<br>CONSIDERATION:<br>**Installment Loan**<br>REMARKS:<br>**Closed**<br>**PAID** | | | | **$0.00** |
| ACCT #:<br>**The Law Offices of Brian M. Middleton**<br>**2813 West T.C. Jester Boulevard**<br>**Houston, Texas 77018** | | C | DATE INCURRED:  04/14/2007<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$300.00** |
| ACCT #:  **xxxxx3777**<br>**Tnb - Target**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | C | DATE INCURRED:  **04/30/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**CURRENT** | | | | **$173.00** |

Sheet no. ____**10**____ of ____**11**____ continuation sheets attached to                                    **Subtotal >**  |  **$473.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Ameal Jones**                                      Case No. _____
      **Barbara Jones**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx6211<br>**Us Dep Ed**<br>**501 Bleeker Street**<br>**Utica, NY 13502** | | C | DATE INCURRED: **08/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**DELINQUENT** | | | | $9,125.00 |
| ACCT #:  xxx6643<br>**West Asset Management (original Creditor**<br>**1000 N Travis St Ste F**<br>**Sherman, TX 75090** | | C | DATE INCURRED: **03/10/2005**<br>CONSIDERATION:<br>**Collection**<br>REMARKS:<br>**Closed**<br>**COLLECTION** | | | | $13,678.00 |
| ACCT #:  xxxxxxxx9427<br>**Western Fina**<br>**23 Pastuer**<br>**Irvine, CA 92718** | | C | DATE INCURRED: **01/1999**<br>CONSIDERATION:<br>**Real Estate Specific Type Unknown**<br>REMARKS:<br>**Closed**<br>**TRANSFERRED** | | | | $0.00 |
| ACCT #:  xxxxxxxxxxx9892<br>**Wfnnb/vctria**<br>**Po Box 182128**<br>**Columbus, OH 43218** | | C | DATE INCURRED: **07/26/1997**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**CURRENT** | | | | $0.00 |
| ACCT #:  xx4883<br>**Wilshire Credit Corp**<br>**1776 Sw Madison St**<br>**Portland, OR 97205** | | C | DATE INCURRED: **01/11/1999**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS:<br>**ACCOUNT WAS DELINQUENT**<br>**Closed**<br>**PAID** | | | | $0.00 |
| | | | | | | | |

Sheet no. ___11___ of ___11___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $22,803.00 |
|---|---|---|
|  | Total > | $42,468.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re **Ameal Jones**                                                    Case No. _____
        **Barbara Jones**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re **Ameal Jones**                                          Case No. _____
    **Barbara Jones**                                                      (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Official Form 6I (10/06)

In re **Ameal Jones**                                           Case No. _____
        **Barbara Jones**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor (# of additional employers: 1) | Spouse |
|---|---|---|
| Occupation | Minister | Homemaker |
| Name of Employer | Mount Zion Baptist Church | |
| How Long Employed | four months | |
| Address of Employer | 16th Day Street | |
| | Alexandria, La 71301 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,700.00 | $0.00 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | $3,700.00 | $0.00 |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $360.00 | $0.00 |
|      b. Social Security Tax | $0.00 | $0.00 |
|      c. Medicare | $0.00 | $0.00 |
|      d. Insurance | $0.00 | $0.00 |
|      e. Union dues | $0.00 | $0.00 |
|      f. Retirement | $0.00 | $0.00 |
|      g. Other (Specify) _____ | $0.00 | $0.00 |
|      h. Other (Specify) _____ | $0.00 | $0.00 |
|      i. Other (Specify) _____ | $0.00 | $0.00 |
|      j. Other (Specify) _____ | $0.00 | $0.00 |
|      k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | $360.00 | $0.00 |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | $3,340.00 | $0.00 |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $400.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
|      a._____ | $0.00 | $0.00 |
|      b._____ | $0.00 | $0.00 |
|      c._____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $400.00 | $0.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $3,740.00 | $0.00 |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $3,740.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

Official Form 6I (10/06)

In re **Ameal Jones**
**Barbara Jones**

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Minister<br>Garden Glory Church<br>three years<br>12317 Garrett Road<br>Houston, Texas 77044 | |
| **Employment** | **Debtor** | **Spouse** |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

Official Form 6J (10/06)

IN RE:  **Ameal Jones**
       **Barbara Jones**

CASE NO

CHAPTER    **7**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,640.00 |
|     a. Are real estate taxes included?   ☐ Yes   ☑ No | |
|     b. Is property insurance included?   ☐ Yes   ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $500.00 |
|             b. Water and sewer | $78.00 |
|             c. Telephone | $98.00 |
|             d. Other:  gas | $200.00 |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $400.00 |
| 5. Clothing | |
| 6. Laundry and dry cleaning | $40.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $470.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | |
|            b. Life | $62.00 |
|            c. Health | |
|            d. Auto | $195.00 |
|            e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto:   2003 Chevy Trailblazer | $483.00 |
|            b. Other:  Mobile Phone | $210.00 |
|            c. Other: | |
|            d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,976.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,740.00 |
| b. Average monthly expenses from Line 18 above | $4,976.00 |
| c. Monthly net income (a. minus b.) | ($1,236.00) |

Official Form 6 - Summary (10/06)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Ameal Jones**
        **Barbara Jones**

CASE NO

CHAPTER    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $222,900.00 | | |
| B - Personal Property | Yes | 5 | $18,965.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $190,078.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $42,468.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $3,740.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,976.00 |
| TOTAL | | 28 | $241,865.00 | $232,546.00 | |

Official Form 6 - Statistical Summary (10/06)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Ameal Jones**
        **Barbara Jones**

CASE NO

CHAPTER   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,740.00** |
| Average Expenses (from Schedule J, Line 18) | **$4,976.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,833.33** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$42,468.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$42,468.00** |

Official Form 6 - Declaration (10/06)

In re **Ameal Jones**                                    Case No. _____
    **Barbara Jones**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page as attached plus 2.)

Date _____      Signature _**/s/ Ameal Jones**_____
                                                       ***Ameal Jones***

Date _____      Signature _**/s/ Barbara Jones**_____
                                                       ***Barbara Jones***
                                             [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*